IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:22-CR-9-CAR-CHW |
| DANIELLE JOHNSON, et al | : |
| Defendant | : |

### ORDER TO UNSEAL INDICTMENT

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 3:22-CR-9, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:22-CR-9, be unsealed.

SO ORDERED, this 19th day of May, 2022.

CHARLES WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

/s/ Tamara A. Jarrett
TAMARA A. JARRETT
Assistant United States Attorney