IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:22-CR-9-CAR-CHW-1 |
| : | |
| DANIELLE JOHNSON, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE

Before the Court is the Defendant Danielle Johnson's Unopposed Motion to Continue [Doc. 201] the pretrial conference in this case presently scheduled for July 21, 2022, and the trial, which is set to begin on August 8, 2022, in Athens, Georgia. On April 12, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with conspiracy to possess with intent to distribute methamphetamine, possession with intent to distribute methamphetamine, and possession of a firearm in furtherance of a drug trafficking crime. On May 24, 2022, Defendant was arrested, and on May 25, she was appointed counsel and pled not guilty at her arraignment. After a detention hearing on June 1, 2022, Defendant was ordered detained pending trial. This is Defendant's first request for a continuance, and the Government does not oppose it.

In the Motion, defense counsel represents that he received voluminous discovery on June 13, 2022, and needs additional time to review the discovery, investigate, advise

1

his client, file motions, prepare any substantive defenses, and engage in plea negotiations, if warranted. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant and her counsel adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation could result in a miscarriage of justice.  Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 201] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the October 24, 2022 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 18th day of July, 2022.

                                                s/ C. Ashley Royal
                                               C. ASHLEY ROYAL, SENIOR JUDGE
                                               UNITED STATES DISTRICT COURT